STATE of Missouri, Respondent,

v.

Bernard DANIEL, Appellant.

No. 75082.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 27, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 14, 1999.

Jennifer S. Walsh, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Bernard Daniel (Defendant) appeals from the judgment entered following his jury conviction for felony stealing in violation of section 570.030, RSMo Cum.Supp. 1997. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

---

We affirm the judgment pursuant to Rule 30.25(b).